ACCEPTED
04-15-00525-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/25/2015 2:43:16 PM
KEITH HOTTLE
CLERK



**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

August 25, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/25/2015 2:43:16 PM
KEITH E. HOTTLE
Clerk

Lee L. Cameron, Jr.
214-698-8015 (direct)
lee.cameron@wilsonelser.com

**VIA E-FILE**

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:     Cause No. 2015CV03002; *AMF Bowling Centers, Inc. v. Rio Adventures, Ltd., and Rio Club, LLC;* In the County Court No. 10, Bexar County, Texas

Mr. Hottle:

Attached is a file-marked copy of the Notice of Appeal filed in the above matter on August 17, 2015.

Respectfully submitted,

Lee L. Cameron, Jr.

LLC/cl
cc:     Derrick Rodgers, Esq. *(via e-file)*

---

Bank of America Plaza, 901 Main Street, Suite 4800  •  Dallas, TX 75202  •  p 214.698.8000  •  f 214.698.1101

Albany  •  Baltimore  •  Boston  •  Chicago  •  Connecticut  •  Dallas  •  Denver  •  Garden City  •  Houston  •  Las Vegas  •  London  •  Los Angeles  •  Louisville  •  McLean
Miami  •  New Jersey  •  New York  •  Orlando  •  Philadelphia  •  San Diego  •  San Francisco  •  Washington, DC  •  West Palm Beach  •  White Plains
Affiliates: Berlin  •  Cologne  •  Frankfurt  •  Munich  •  Paris

**wilsonelser.com**

2091061v.1